IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| BBCM, INC. and BBSW, L.L.C., <br><br>Plaintiffs, <br><br>vs. <br><br>HEALTH SYSTEMS INTERNATIONAL, LLC, <br><br>Defendant. | No. C10-0086 |
| HEALTH SYSTEMS INTERNATIONAL, LLC, <br><br>Plaintiff <br><br>vs. <br><br>KATHLEEN A. BASS, <br><br>Defendant. | No. C10-0137 |
| HEALTH SYSTEMS INTERNATIONAL, LLC, <br><br>Plaintiff, <br><br>vs. <br><br>KEVIN W. BABB, <br><br>Defendant. | No. C11-0039 <br><br>REPORT AND RECOMMENDATION |

This matter comes before the Court on the Motion to Consolidate filed by BBCM, Inc., BBSW, LLC, Kathleen A. Bass, and Kevin W. Babb on May 23, 2011. The movants ask that these three cases be consolidated.[1]

On May 27, 2011, Health Systems International, LLC, filed a response indicating that "in light of previous orders of this Court, it consents to each of the motions to consolidate."[2] Since Health Systems International consents to the instant motion, the Court recommends that it be granted.

## RECOMMENDATION

For the reasons set forth above, it is respectfully recommended that the Motion to Consolidate filed by BBCM, Inc., BBSW, LLC, Kathleen A. Bass, and Kevin W. Babb on May 23, 2011 be **GRANTED.**

DATED this 31st day of May, 2011.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

---

[1] It should be noted that BBCM, Inc., BBSW, LLC, and Bass previously moved to consolidate the first two cases. The undersigned magistrate judge has filed a Report and Recommendation, recommending that the district court grant the motion to consolidate.

It should also be noted that Babb filed a motion to compel joinder of BBCM, Inc. and BBSW, LLC in the third case identified above. The undersigned magistrate judge filed a Report and Recommendation, recommending that the motion be granted.

[2] The Court notes that Health Systems International, LLC, did not object to its earlier Report and Recommendation that the motion to consolidate the first two cases be granted, and the time for doing so has now expired. (The deadline for filing a response to the Court's recommendation that the motion to compel joinder be granted is June 6, 2011.)